# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  21-CR-712 (RDM** |
| | : | |
| v. | : | VIOLATION: |
| | : | **21 U.S.C. § 846** |
| **MELVIN KEITH MCLEAN,** | : | **(Conspiracy to Distribute and Possess** |
| | : | **with Intent to Distribute a Detectable** |
| Defendant. | : | **Amount of Heroin)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about July of 2021, to September 1, 2021, within the District of Columbia and elsewhere, **MELVIN KEITH MCLEAN**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute a Detectable Amount of Heroin**, in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  _____/s/_____
ANTHONY SCARPELLI
Assistant United States Attorney
DC Bar No. 474711
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 252-7707
Anthony.Scarpelli@usdoj.gov